No. 02–9910.  MORRIS v. COURT OF APPEALS OF NORTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–9915.  McDANIEL v. KEPPEL, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 02–9920.  DAVIES v. GOMEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–9927.  RAMON RODRIGUEZ v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 02–9937.  ELDRIDGE v. STEPP, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–9946.  OCHOA-NAVARRO, AKA NUNES-CUELLAR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9949.  YOUNG v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–9951.  PYEATT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–9955.  ROBINSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9956.  STEPHENS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–9959.  MORRISON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–9960.  MOORE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–9961.  MIJARES-RASCON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–9962.  McGREGOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–9966.  PEREZ-DIAZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.